# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **VANESSA M. RODRIGUEZ,** *Plaintiff* | § § § | |
| **v.** | § § | **No. 1:26-CV-00526-ADA-DH** |
| **COMMISSIONER OF SOCIAL SECURITY,** *Defendant* | § § § § § | |

## ORDER ON *IN FORMA PAUPERIS* STATUS

Before the Court is Plaintiff Vanessa M. Rodriguez's Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support and Complaint. Dkts. 1; 1-1. The undersigned has reviewed Rodriguez's financial affidavit and determined that she is indigent and should be granted leave to proceed *in forma pauperis*, without prepayment of fees.

Accordingly, the Court hereby **ORDERS** that Rodriguez's request to proceed *in forma pauperis*, Dkt. 1, is **GRANTED**. The Clerk of the Court shall file Rodriguez's complaint without prepayment of fees or costs or giving security therefor pursuant to 28 U.S.C. § 1915(a). This indigent status is granted subject to a later determination that the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Rodriguez is further advised that although she has been granted leave to proceed *in forma pauperis*, a court may, in its discretion, impose costs of court at the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

Because Rodriguez has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review her Complaint under §1915(e)(2). After

1

reviewing Rodriguez's Complaint, the Court has determined that this case should not be dismissed as frivolous at this time. However, the Court cautions Rodriguez that the Court may make a determination in the future that the action should be dismissed because the allegation of poverty is untrue or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Rodriguez is further advised that, although she has been granted leave to proceed *in forma pauperis*, the Court may, in its discretion, impose costs of court against her at the conclusion of this lawsuit, as in other cases. *See Moore*, 30 F.3d at 621.

The Court thus **FURTHER ORDERS** the United States Marshal to commence service of process, including service of Rodriguez's complaint upon the named defendant under Rule 3 of the Supplemental Rules of Social Security Actions under 42 U.S.C. § 405(g).

SIGNED March 9, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE